JS6 / ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 31 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EARL SIMPSON,<br><br>      Petitioner,<br><br>      v.<br><br>AUDRY KING, et al.,<br><br>      Respondent. | Case No. EDCV13-00479-AG (DFM)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 31, 2013

ANDREW J. GUILFORD
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY